# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-01358-PAB-KLM

B-MEX, LLC, a Colorado Company;
B-MEX II, LLC, a Colorado Company;
PALMAS SOUTH, LLC, a Colorado Company;
OAXACA INVESTMENTS, LLC, a Colorado Company;
SANTA FE MEXICO INVESTMENTS, LLC, a Colorado Company;
GORDON BURR; ERIN BURR; JOHN CONLEY;
DEANA ANTHONE; NEIL AYERVAIS; DOUGLAS BLACK;
HOWARD BURNS; MARK BURR;
CADDIS CAPITAL, LLC, a Colorado Company;
DIAMOND FINANCIAL GROUP, INC., a Colorado Company;
EMI CONSULTING, LLC, a Colorado Company;
FAMILY VACATION SPENDING, LLC, a Colorado Company;
DAVID FIGUEIREDO;
FINANCIAL VISIONS, INC., a Colorado Corporation;
LOU FOHN;
J. JOHNSON CONSULTING, LLC, a Colorado Company;
J. PAUL CONSULTING CORP., a Colorado Corporation;
LAS KDL, LLC, a Colorado Company;
DEBBIE LOMBARDI; SCOTT LOWERY; THOMAS MALLEY;
MATHIS FAMILY PARTNERS, LTD., a Colorado Limited Partnership;
PALMAS HOLDINGS, INC., a Colorado Corporation;
RALPH S. PITTMAN; DANIEL RUDDEN; PEG RUDDEN;
ROBERT E. SAWDON; RANDALL TAYLOR;
TRUDE FUND II, LLC, a Colorado Company;
TRUDE FUND III, LLC, a Colorado Company;
VICTORY FUND, LLC, a Colorado Company; and
JAMES H. WATSON, JR.;

*Plaintiffs*,

v.

JOSÉ BENJAMÍN CHOW DEL CAMPO,
LUC PELCHAT, and
ALFONSO RENDÓN ABUD,

*Defendants*.

---

## STIPULATION OF PARTIAL DISMISSAL WITHOUT PREJUDICE

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1), all Plaintiffs, and Defendant, Alfonso Rendón Abud ("Rendon"), hereby stipulate that as a result of an agreed settlement of all of Plaintiffs' claims against Rendón in the above-captioned proceeding, all claims against Rendón contained in Plaintiffs' complaint [Doc. 1] are hereby voluntarily DISMISSED WITHOUT PREJUDICE. The parties to this stipulation further agree that each shall bear its own fees and costs incurred to date and in accordance with the settlement by and among the parties hereto.

Dated February **22**, 2017

Respectfully submitted,

QUINN EMANUEL URQUHART &
SULLIVAN LLP
*Counsel for Plaintiffs*

By: _____

David M. Orta
District of Colombia Bar No. 462083
Admitted to D. Colo. Bar
davidorta@quinnemanuel.com
777 6th Street NW, 11th floor
Washington, D.C. 20001
Tel. 202 538 8000
Fax 202 538 8100

Charles R. Eskridge III
Texas State Bar No. 06666350
Admitted to D. Colo. Bar
charleseskridge@quinnemanuel.com
Jared Wilkerson
Texas State Bar No. 24084096
Admitted to D. Colo. Bar
jaredwilkerson@quinnemanuel.com
711 Louisiana Street, Suite 500
Houston, Texas 77002
Tel. 713 221 7000
Fax 713 221 7100

SHUTTS & BOWEN LLP

*Counsel for Rendon*
By: _____
Alfredo Rodz
Florida Bar No. 0173592
arodz@shutts.com
200 S. Biscayne Blvd, Suite 4100
Miami, Florida 33131
Tel. 305 347 7342
Fax 305 347 7742