# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-01358-PAB-KLM

B-MEX, LLC, a Colorado Company;
B-MEX II, LLC, a Colorado Company;
PALMAS SOUTH, LLC, a Colorado Company;
OAXACA INVESTMENTS, LLC, a Colorado Company;
SANTA FE MEXICO INVESTMENTS, LLC, a Colorado Company;
GORDON BURR; ERIN BURR; JOHN CONLEY;
DEANA ANTHONE; NEIL AYERVAIS; DOUGLAS BLACK;
HOWARD BURNS; MARK BURR;
CADDIS CAPITAL, LLC, a Colorado Company;
DIAMOND FINANCIAL GROUP, INC., a Colorado Company;
EMI CONSULTING, LLC, a Colorado Company;
FAMILY VACATION SPENDING, LLC, a Colorado Company;
DAVID FIGUEIREDO;
FINANCIAL VISIONS, INC., a Colorado Corporation;
LOU FOHN;
J. JOHNSON CONSULTING, LLC, a Colorado Company;
J. PAUL CONSULTING CORP., a Colorado Corporation;
LAS KDL, LLC, a Colorado Company;
DEBBIE LOMBARDI; SCOTT LOWERY; THOMAS MALLEY;
MATHIS FAMILY PARTNERS, LTD., a Colorado Limited Partnership;
PALMAS HOLDINGS, INC., a Colorado Corporation;
RALPH S. PITTMAN; DANIEL RUDDEN; PEG RUDDEN;
ROBERT E. SAWDON; RANDALL TAYLOR;
TRUDE FUND II, LLC, a Colorado Company;
TRUDE FUND III, LLC, a Colorado Company;
VICTORY FUND, LLC, a Colorado Company; and
JAMES H. WATSON, JR.;

*Plaintiffs*,

v.

JOSÉ BENJAMÍN CHOW DEL CAMPO,
LUC PELCHAT, and
ALFONSO RENDÓN ABUD,

*Defendants.*

---

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), all Plaintiffs, and Defendant José Benjamín Chow del Campo ("Chow"), hereby stipulate that as a result of an agreed settlement of all of Plaintiffs' claims against Chow in the above-captioned proceeding, all claims against Chow contained in Plaintiffs' complaint [Doc. 1] are hereby voluntarily DISMISSED WITHOUT PREJUDICE.

The parties further agree that each shall bear its own costs.

[Remainder of page intentionally left blank.]

2

Respectfully submitted this 15th day of September, 2017,

*s/ Stephen E. Kapnik___*
Stephen E. Kapnik
Alan S. Thompson
Lohf Shaiman Jacobs
Hyman & Feiger PC
950 S. Cherry St. Ste. 900
Denver, CO 80246
(303) 753-9000
skapnik@lohfshaiman.com
athompson@lohfshaiman.com

David Orta
Julianne Jaquith
Quinn Emanuel Urquhart
& Sullivan, LLP
777 6th Street, NW, 11th Floor
Washington, D.C. 20001
202-538-8000
davidorta@quinnemanuel.com
juliannejaquith@quinnemanuel.com

Charles R. Eskridge III
Quinn Emanuel Urquhart & Sullivan, LLP
711 Louisiana Street, Suite 500
Houston, Texas  77002
713-221-7000
charleseskridge@quinnemanuel.com

*Counsel for Plaintiffs*

*s/ Robert L. Soza, Jr.*
Robert L. Soza, Jr.
Jackson Walker L.L.P.
112 E. Pecan Street, Ste.2400
San Antonio, TX  78205
(210) 978-7700
Fax (210) 242-4671
rsoza@jw.com

*Counsel for Defendant Jose Benjamin Chow del Campo*